**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RAYMOND KNAPP,

        Plaintiff,

vs.                                                              Case No. 3:10-cv-220-J-32JBT

RIVERGLEN COMPANY, et al.,

        Defendants.

## ORDER

This case is before the Court on the Magistrate Judge's April 20, 2011 Report and Recommendation (Doc. 31). No objections were filed and the time in which to do so has now passed. Upon independent de novo review, it is hereby

**ORDERED**:

1.     The Magistrate Judge's Report and Recommendation (Doc. 31) is **ADOPTED** as the opinion of the Court.

2.     The Joint Motion for Approval of Settlement (Doc. 28) is **GRANTED** to the extent that the Settlement Agreement and Mutual General Release are **APPROVED.**

3.     This case is **DISMISSED WITH PREJUDICE**.

    4.    The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of June, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record